# NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment.  Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information.  This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.  This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk

501 I Street, Room 4–200

Sacramento, CA 95814

Office of the Clerk

2500 Tulare Street , Suite 1501

Fresno, CA 93721

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**STATE AMMUNITION INC. , ET AL. ,**
  Plaintiff(s)/Petitioner(s),

  vs.                                              CASE NO.  **2:10–CV–01864–MCE–KJN**

**STEVEN LINDLEY ,**
  Defendant(s)/Respondents(s).

---

**IMPORTANT**
  **IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐  **CONSENT TO JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

  In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

  Date: _____          Signature: _____

                                          Print Name: _____
                                            ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                            ( ) Counsel for *_____

---

☐  **DECLINE OF JURISDICTION OF**
**UNITED STATES MAGISTRATE JUDGE**

  Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

  Date: _____          Signature: _____

                                          Print Name: _____
                                            ( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
                                            ( ) Counsel for *_____

*\*If representing more than one party, counsel must indicate name of each party responding.*