Kevin D. Chaffin, Esq. SBN 193245
CHAFFIN LAW OFFICE
4475 Dupont Court Suite 9
Ventura, California 93003
Phone: (805) 650-8200
Fax: (805) 715-7003
Web: www.chaffinlaw.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE AMMUNITION INC., dba www.stateammo.com. JIM OTTEN, dba www.a1ammo.com, and JIM RUSSELL USMC (Ret.),<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN LINDLEY, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, and DOES 1 through 10,<br><br>Defendants. | Case No.:  2:10-cv-01864-MCE-KJN<br><br>**NOTICE OF RELATED CASE**<br><br>**[LR 83-123]** |

## NOTICE OF RELATED CASES

COME NOW Plaintiffs, STATE AMMUNITION INC., et al. (collectively, "Plaintiffs") by and through their undersigned counsel, and pursuant to Local Rule 83-123 provide notice that this action may be related to:

OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al. v. STEVE LINDLEY, et al; Case No. 2:10-cv-02010-MCE-KJM

The subsequently-filed case contains allegations (Supremacy Clause FAAAA Preemption) of which Plaintiffs have no knowledge and which, regardless of their merit, appear wholly unrelated to

causes of action the instant case; this case may be related, however, to the extent that the case challenges the same provisions of Assembly Bill 962 (2009) as against the same Defendant Steve Lindley.

Rule 83-123 contemplates the relation of cases where doing so "is likely to effect a substantial savings of judicial effort." Plaintiffs are confident that their presentation of the core Commerce Clause, Due Process, Equal Protection and Second Amendment violations will be efficient and coherent, enabling the Court to render a considered decision on the merits on dispositive motions raising only questions of law.

DATED: August 2, 2010                    **CHAFFIN LAW OFFICE**

*/s/ KDChaffin*

Kevin D. Chaffin, Esq.
Attorney for Plaintiffs