1  EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
2  ZACKERY P. MORAZZINI, State Bar No. 204237
Supervising Deputy Attorney General
3  PETER A. KRAUSE, State Bar No. 185098
Deputy Attorney General
4    1300 I Street, Suite 125
P.O. Box 944255
5    Sacramento, CA 94244-2550
Telephone:  (916) 324-5328
6    Fax:  (916) 324-8835
E-mail:  Peter.Krause@doj.ca.gov
7  *Attorneys for Defendant Steven Lindley, in his*
*official capacity as Acting Chief of the California*
8  *Department of Justice, Bureau of Firearms*

9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14 | |
| **STATE AMMUNITION INC., dba www.stateammo.com; JIM OTTEN, dba www.a1ammo.com, and JIM RUSSELL USMC (Ret.),** | Case No. 10-cv-01864 -MCE-KJN **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| Plaintiffs, | [E.D. Cal. Local R. 144(a)] |
| v. | Action Filed:   July 16, 2010 |
| **STEVEN LINDLEY, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, and DOES 1 through 10,** | |
| Defendants. | |

23

24

25

26

27

28

1

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT          (10-cv-01864 -MCE-KJN)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs State Ammunition Inc. dba www.stateammo.com, Jim Otten dba www.a1ammo.com, and Jim Russell USMC (Ret.) (collectively, "Plaintiffs"), and defendant Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, through their respective counsel of record, hereby stipulate and agree that, pursuant to Local Rule 144(a), the time in which defendant Lindley may respond to Plaintiffs' Complaint for Declaratory and Injunctive Relief be extended for 28 days to September 20, 2010.

Dated:  August 16, 2010                          Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
ZACKERY P. MORAZZINI
Supervising Deputy Attorney General


/s/  Peter A. Krause


PETER A. KRAUSE
Deputy Attorney General
*Attorneys for Defendant Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms*

Dated:  August 16, 2010                          CHAFFIN LAW OFFICE


/s/ Kevin D. Chaffin
(as authorized on August 13, 2010)


KEVIN D. CHAFFIN
*Attorney for Plaintiffs State Ammunition Inc., dba www.stateammo.com; Jim Otten, dba www.a1ammo.com, and Jim Russell USMC (Ret.)*

SA2010102122
10601694.doc

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT          (10-cv-01864 -MCE-KJN)