EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JONATHAN RENNER, State Bar No. 187138
Senior Assistant Attorney General
PETER A. KRAUSE, State Bar No. 185098
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5328
 Fax:  (916) 324-8835
 E-mail:  Peter.Krause@doj.ca.gov
*Attorneys for Defendant Steven Lindley, in his official capacity as Acting Chief of the California Department Of Justice*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE AMMUNITION INC., dba www.stateammo.com; JIM OTTEN, dba www.a1ammo.com, and JIM RUSSELL USMC (Ret.),**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN LINDLEY, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, and DOES 1 through 10,**<br><br>Defendants. | Case No. 10-CV-01864 -MCE-KJN<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TO STAY THE ACTION**<br><br>Date:   November 18, 2010<br>Time:   2:00 p.m.<br>Ctrm:   No. 7 - 14th Floor<br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date:  None<br>Action Filed: July 16, 2010<br><br>[Memorandum of Points and Authorities and Request for Judicial Notice Filed Concurrently Herewith] |

## NOTICE OF MOTION

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 18, 2010, at 2:00 p.m. or as soon thereafter as this matter may be heard in Courtroom 7 of the above-entitled court, located

1

at 501 I Street, Sacramento, California 95814, defendant Steven Lindley, in his official capacity as Acting Chief of the California Department of Justice, Bureau of Firearms, will and hereby does move the Court for an order (1) dismissing the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction, and (2) in the alternative, staying the action.  This Motion is made on the following grounds:

1. The Court lacks subject matter jurisdiction over the claims alleged in the Complaint because the issues presented are not ripe.  (Fed. R. Civ. P. 12(b)(1));

2. The Court lacks subject matter jurisdiction over the claims alleged in the Complaint under the Eleventh Amendment of the United States Constitution, which prohibits suits against the state in federal court.  (Fed. R. Civ. P. 12(b)(1)); and

3. If necessary, the Court should stay the action pending a decision in *Parker v. State of California, et al.*, Superior Court of California, County of Fresno, Case No. 10CECG02116, which involves a constitutional vagueness challenge to AB 962, the act at issue in this action.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and Request for Judicial Notice filed concurrently herewith, all pleadings, records, and files herein, those matters of which the Court may take judicial notice, and upon such oral argument as may be made at the hearing on this Motion.

Dated:  September 20, 2010

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
JONATHAN K. RENNER
Senior Assistant Attorney General

*/s/ Peter A. Krause*

PETER A. KRAUSE
Deputy Attorney General
*Attorneys for Defendant Steven Lindley, in his official capacity as Acting Chief of the California Department Of Justice*

SA2010102125
10614989.doc