UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

STATE AMMUNITION INC., ET AL.,

CASE NO: **2:10−CV−01864−MCE−KJN**

v.

STEVEN LINDLEY,

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 12/02/10**

**Victoria C. Minor**
Clerk of Court

ENTERED: **December 2, 2010**

by: /s/ D. Williams
Deputy Clerk